[x] Commonwealth of Virginia       v.       DRAPER, CEDRICK EURON
                                            DEFENDANT – NAME (LAST, FIRST, MIDDLE)

Title: evidence
Exhibit A 1

[ ] ...............

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ $5,000.00 .......... to the county or city in which the case is prosecuted.
This debt is:  [X] UNSECURED  [ ] SECURED BY  [ ] Cash  [ ] Surety Bail Bondsman  [ ] Property Bail Bondsman  [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond. Each person who signs this bond agrees to the bond terms and any attached applicable terms are incorporated by reference.

    The defendant and each person who signs the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signs this bond promises to keep the title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the recognizance are incorporated by reference, and each person who signs the form agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the recognizance, the debt of this bond is void. If the defendant fails to obey the condition of appearance of the recognizance, the people who signed the bond may be required to pay the amount of the bond.

_____ (SEAL)
DEFENDANT

## BAIL BONDSMAN INFORMATION

_____        _____ (SEAL)
NAME OF BAIL BONDSMAN                     SIGNATURE OF BAIL BONDSMAN

_____        _____
BAIL BONDSMAN DCJS LICENSE NO.            NAME OF INSURANCE COMPANY

_____        _____
NAME OF BONDING COMPANY                   NAME OF REGISTERED AGENT

_____        _____
ADDRESS OF BAIL BONDSMAN/BONDING COMPANY  ADDRESS OF REGISTERED AGENT

_____        _____
TELEPHONE NO. OF BAIL BONDSMAN/BONDING COMPANY   TELEPHONE NO. OF REGISTERED AGENT

## OTHER SURETY(IES) INFORMATION

_____        _____ (SEAL)
NAME OF SURETY                            SIGNATURE OF SURETY

_____        _____
ADDRESS                                   TELEPHONE NO.

_____        _____ (SEAL)
NAME OF SURETY                            SIGNATURE OF SURETY

_____        _____
ADDRESS                                   TELEPHONE NO.

([ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part: By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

_____        _____
CUSTODIAN – NAME AND ADDRESS              SIGNATURE OF CUSTODIAN

**RIGHT TO APPEAL:**
You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

| ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document. | _/s/ Jn _____<br>[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE    Jonathan Davison<br><br>_____<br>JURISDICTION (IF DIFFERENT FROM COURT)<br><br>08/10/2018 02:13 AM<br>DATE AND TIME |

CBR  031GM1800003989

FORM DC-330 MASTER PAGE 1 OF 2, 10/11

Exhibit A2

# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

| | HEARING DATE AND TIME |
|---|---|
| | Aug 30, 2018    08:30 AM |

| COURT – CITY OR COUNTY | COURT – STREET ADDRESS |
|---|---|
| Campbell  GEN DIST - CRIMINAL | Courthouse 1st Floor Main St., Rustburg, VA 24588 |

| | DEFENDANT – NAME (LAST, FIRST, MIDDLE) |
|---|---|
| [x] Commonwealth of Virginia   v. | DRAPER, CEDRICK EURON |

[ ]
.................................................................................................................
2229 Yorktown Ave Apt #302, Lynchburg, VA 24501-2157
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [x] Same as above   OR  [ ] ................................................

I certify that this document contains my current mailing address.

**CHARGES(s):**

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 03IGM180000388 | FRD-2681-M1 | 18.2-206 | |
| | RENT BY FRAUD: ANIMAL/AIRCRAFT/VEHICLE/BOAT | | |

[ ] Addendum listing additional charges is attached and incorporated.

**I, THE DEFENDANT**, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [ ] may [x] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.

**I, THE DEFENDANT, UNDERSTAND THAT:** (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any change in my mailing address or where I live while this case is pending.**

08/10/2018
.................................................
DATE

.................................................
SIGNATURE OF DEFENDANT

CBR 03IGM180000389

B

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Campbell
CITY OR COUNTY

[X] General District Court  [X] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about  08/10/2018
                                                                 DATE
did unlawfully in violation of Section

**18.2-206** ................................................. Code of Virginia:
procure a rental or leased animal, aircraft, vehicle, boat, or vessel mentioned in §18.2-149, by fraud or misrepresentation with the intent to cheat or defraud.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Deputy, Richey, J.D.  431  Campbell Co. Sheriffs Dept ........................ , Complainant.

Execution by summons [ ] permitted at officer's discretion. [X] not permitted.

08/10/2018 02:01 AM
DATE AND TIME ISSUED

_____
[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE
Jonathan Davison

CCRE May be Required

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

---

CASE NO. _____

ACCUSED:
DRAPER, CEDRICK EURON
LAST NAME, FIRST NAME, MIDDLE NAME
2229 Yorktown Ave Apt #302
ADDRESS/LOCATION
Lynchburg, VA 24501-2157

[ ] To be completed upon service as Summons
Mailing address [ ] Same as above

SSN 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

DL# _____   STATE _____

[ ] Commercial Driver's License

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------------------|-------------|------|------|------|
| B | M | 11/11/1985 | 5' 09" | 265 | BRO | BLK |

## CLASS  1  MISDEMEANOR

[X] EXECUTED by arresting the Accused named above on this day.
[ ] EXECUTED by summoning the Accused named above on this day.
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

5-10-19  2:02 am
J.D. Richey
DATE AND TIME OF SERVICE

431  CC SO  015
BADGE NO., AGENCY AND JURISDICTION
J.D. Richey
ARRESTING OFFICER

for  S.A. Hutcherson
SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**RENT BY FRAUD: ANIMAL/AIRCRAFT/VEHICLE/BOAT**

Offense Tracking Number:
**031GM1800003988**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**FRD-2681-M1**

Hearing Date/Time _____

COPY COPY COPY M COPY COPY COPY

STATE

Exhibit A4



The Accused was this day:
[ ] tried in absence   [ ] present

[ ] PROSECUTING ATTORNEY PRESENT (NAME) _____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME) _____
[ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed.
[ ] INTERPRETER PRESENT
[ ] Certified pursuant to § 19.2-190.1.

Plea of Accused:
[ ] not guilty   [ ] Witnesses sworn
[ ] nolo contendere
[ ] guilty [ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty   [ ] guilty as charged
[ ] guilty of _____
VCC _____
[ ] facts sufficient to find guilt but defer adjudication/disposition to _____ DATE AND TIME
and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] A separate order for First Offender is attached and incorporated in this order.
[ ] Costs imposed upon defendant.

_____ _____
DATE   JUDGE

And was FOUND by me to be:
[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials
[ ] I ORDER a nolle prosequi on prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
[ ] conditioned upon payment of costs and
  [ ] successful completion of [ ] traffic school
  [ ] mature driver school, § 16.1-69.48:1.
  [ ] accord and satisfaction, § 19.2-151.
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

FORM DC-314 (MASTER, PAGE TWO OF TWO) 10/17

[ ] Guilty – upon a violation of a term or condition of a deferred adjudication/disposition.
I impose the following Disposition:
[ ] FINE [ ] CIVIL PENALTY of $ _____ suspended with $ _____
[ ] JAIL SENTENCE of _____ imposed, [ ] of which _____ days mandatory minimum, with _____ suspended for a period of _____, conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.
Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning _____
  [ ] on weekends only
[ ] Work release   [ ] authorized if eligible   [ ] required
  [ ] not authorized
[ ] Public work force [ ] authorized   [ ] not authorized
[ ] on PROBATION for _____
  [ ] VASAP [ ] local community-based probation agency
  [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for _____
[ ] Restricted Driver's License per attached order
  [ ] Ignition Interlock for _____
[ ] RESTITUTION order incorporated
  [ ] Restitution payment is a condition of suspended sentence
[ ] COMMUNITY SERVICE _____ hours to be completed by _____ and supervised by _____
  [ ] to be credited against fines and costs
  [ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other: _____

[ ] Remanded for [ ] CCRE Report [ ]
[ ] Bail on Appeal  $ _____
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395.

_____ _____
DATE   JUDGE

Offense Tracking Number: 031GM1800003988

**FINE**
$ _____
LOCALITY

**COSTS**
461 FIXED MISD FEE
462 FIXED DRUG MISD FEE
001 INT CRIM CHILD FEE
113 WITNESS FEE
113 IGNITION INTERLOCK
113 DUI FEE
113
120 CT. APPT. ATTY
121 TRIAL IN ABSENCE FEE
125 WEIGHING FEE
133 BLOOD TEST FEE
137 TIME TO PAY
192 TRAUMA CENTER FEE
228 COURTHOUSE CONSTRUCTION FEE
234 JAIL ADMISSION FEE
243 LOCAL TRAINING ACADEMY FEE
244 COURTHOUSE SECURITY FEE

OTHER (SPECIFY) _____

TOTAL   $ _____

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____
DATE   JUDGE

Exhibit A3