United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Cedrick E. Draper, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-23370-Civ-Scola |
| | ) |
| Campbell County Sheriff's Office | ) |
| and others, Defendants. | ) |

## Order Dismissing Complaint

This matter is before the Court upon Plaintiff Cedrick Draper's renewed motion for leave to proceed *in forma pauperis* (ECF Nos. 9, 10). The Court construes Draper's "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis" as a renewed motion to proceed in forma pauperis given what the Court can ascertain from Draper's related filings.

Magistrate Judge Torres previously denied Draper's motions to proceed in forma pauperis based on 28 U.S.C. § 1915. (ECF No. 7.) Magistrate Judge Torres believed that Draper intended to file this case in the Western District of Virginia (as the title of the complaint indicates) since the events described in Draper's initial filing took place in Campbell County, Virginia. Accordingly, the Southern District of Florida would be an improper venue to adjudicate his complaint. *See Jenkins Brick v. Bremer*, 321 F.3d 1366, 1373 (11th Cir. 2003) (holding that venue is proper where "the events 'giving rise to' [plaintiff's] claims occurred"). Judge Torres directed Draper to dismiss this action and re-file in Virginia or pay the filing fee. (ECF No. 7.)

This Court directed Draper to file the required fee or file a renewed motion to proceed *in forma pauperis*. (ECF No. 8.) Draper filed what appears to be a renewed motion to proceed *in forma pauperis*. (ECF No. 9, 10.) However, this motion fails to explain why venue in the Southern District is proper.

Accordingly, Draper's complaint (**ECF No. 1**) is **dismissed without prejudice** and his motion for leave to proceed *in forma pauperis* (**ECF No. 10**) is **denied as moot**. The Clerk of Court is directed **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on April 19, 2019.

_____
Robert N. Scola, Jr.
United States District Judge